1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

JASON SCHEIDING,

        Plaintiff,

   v.

DAVID SMITH, et al.,

        Defendants.

Case No.  16-cv-00467-LB

**ORDER OF TRANSFER**

[Re: ECF No. 1 ]

    Jason Scheiding, an inmate at the California Substance Abuse Treatment Facility in Corcoran,
filed this *pro se* civil action, complaining of events and omissions occurring at that prison.   The
prison is located in Kings County, within the venue of the Eastern District of California.  The
defendants are employed at the prison and apparently reside within the venue of the Eastern
District of California.  No defendant is alleged to reside in, and none of the events or omissions
giving rise to the complaint occurred in, the Northern District of California.  Venue therefore
would be proper in the Eastern District, and not in this one.  *See* 28 U.S.C. § 1391(b).
Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is
TRANSFERRED to the United States District Court for the Eastern District of California.  The

clerk shall transfer this matter.

**IT IS SO ORDERED.**

Dated:  February 3, 2016

_____
LAUREL BEELER
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON SCHEIDING,

          Plaintiff,

    v.

DAVID SMITH, et al.,

          Defendants.

Case No.  3:16-cv-00467-LB

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

      That on February 3, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jason  Scheiding ID: AF-096     A3-214
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: February 3, 2016

Susan Y. Soong
Clerk, United States District Court

By: _____
Lashanda Scott, Deputy Clerk to the
Honorable LAUREL BEELER